```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
FRANCESCO ZANGHI and ZANGHI LLC,

                Plaintiffs,                    O R D E R

         - against -                           19 Civ. 5830 (NRB)

PIERGRAZIANO RITELLA, GIUSEPPE
CAVALLARO, ALESSANDRO VACCA, FUTURA
HOSPITALITY LLC, STUDIO LEGALE
CAVALLARO, and GIOIA E VITA S.R.L.,

                Defendants.
---------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** Rocco Lamura, counsel for defendants, filed a motion to withdraw as counsel of record on December 5, 2019; and

**WHEREAS** no party has objected; and

**WHEREAS** corporate parties may not proceed pro se and must be represented by counsel, and failure to appear by counsel may result in the entry of a default judgment, see Jones v. Niagara Frontier Transp. Auth., 722 F.2d 20, 22 (2d Cir. 1983); it is hereby

**ORDERED** that counsel's motion to withdraw is granted; and it is further

**ORDERED** that each individual named as a defendant in the complaint who has been served has 30 days to retain new counsel or inform the Court that he will proceed pro se; and it is further

1

**ORDERED** that any corporate entity named as a defendant in the complaint that has been served has 30 days to retain new counsel and that failure to do so will result in the entry of a default.

DATED:	New York, New York
	February 5, 2020

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE