```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
FRANCESCO ZANGHI and ZANGHI LLC,

                    Plaintiffs,                 O R D E R

              - against -                       19 Civ. 5830 (NRB)

PIERGRAZIANO RITELLA, GIUSEPPE
CAVALLARO, ALESSANDRO VACCA, FUTURA
HOSPITALITY LLC, STUDIO LEGALE
CAVALLARO, and GIOIA E VITA S.R.L.,

                    Defendants.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Given the Court's finding that, to date, plaintiffs have failed to serve Giuseppe Cavallaro, Alessandro Vacca, and Gioia e Vita S.r.L., the Court denies plaintiffs' request dated January 8, 2020 for expedited discovery against defendants.

DATED:    New York, New York
          February 5, 2020

                                        /s/ Naomi Reice Buchwald
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

1