

**Curtis, Mallet-Prevost, Colt & Mosle LLP**

Almaty
Beijing
Buenos Aires
Dubai
Frankfurt
Geneva
Houston
London

Mexico City
Milan
Muscat
Nur-Sultan
Paris
Rome
Washington, D.C.

101 Park Avenue
New York, New York 10178-0061

Telephone +1 212 696 6000
Facsimile +1 212 697 1559
www.curtis.com

**Julia Mosse**
Tel: +1 212 696 6173
Fax: +1 917 368 8973
E-Mail: jmosse@curtis.com

March 19, 2020

**VIA ECF**

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

### Re: Francesco Zanghi et al v. Piergraziano Ritella et al, 1:19-cv-05830-NRB

Dear Judge Buchwald:

This Firm represents Piergraziano Ritella, Giuseppe Cavallaro, Alessandro Vacca, Futura Hospitality LLC, Studio Legale Cavallaro, and Gioia E Vita S.r.l. ("Defendants") in the above-referenced action.

In light of the unprecedented events attributable to the COVID-19 pandemic, we respectfully submit this letter as a request to adjourn the deadline for Defendants to file a letter requesting a pre-motion conference for a motion to dismiss from March 27, 2020, as provided in the Stipulation and Order dated March 9, 2020 (Doc. 53), to April 17, 2020.

This is Defendants' first request for an adjournment. Plaintiff consents to Defendants' request.

Respectfully submitted,
*/s/ Julia Mosse*

Julia Mosse

cc: All counsel of record

*Application granted.*
*[signature] Buchwald*
*USDJ*
*3/23/20*