```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
FRANCESCO ZANGHI and ZANGHI LLC,

                Plaintiffs,                           ORDER

        - against -

PIERGRAZIANO RITELLA, GIUSEPPE                        19 Civ. 5830 (NRB)
CAVALLARO, ALESSANDRO VACCA, GIANLUCA
ALOCCI, STEFANO CALLEGARI, FUTURA
HOSPITALITY LLC, STUDIO LEGALE
CAVALLARO, and GIOIA E VITA S.R.L.,

                Defendants.
---------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on October 2, 2020, the Court granted leave to defendants who have been served in this case (the "Served Defendants") to file a motion to dismiss plaintiffs' amended complaint (ECF No. 109); and

WHEREAS, the Court's order directed the parties to confer on a proposed briefing schedule for the Served Defendants' motion to dismiss; and

WHEREAS, the parties have not submitted a proposed briefing schedule; it is hereby

**ORDERED** that the Served Defendants shall answer or move to dismiss the amended complaint no later than December 1, 2020; and it is further

**ORDERED** that if the Served Defendants file a motion to dismiss, plaintiffs shall have until January 5, 2021 to file a brief in opposition and the Served Defendants shall have until January 19, 2021 to file a reply brief.

**SO ORDERED.**

Dated:   New York, New York
         November 13, 2020

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE