

Andrea Natale  
EPGD Business Law  
777 SW 37th Avenue, Suite 510  
Miami, FL 33135  
T: (786) 837-6787  
F: (305) 239-3640  
Andrea@epgdlaw.com  
jordan@epgdlaw.com  

September 28, 2023

**Via CM/ECF Filing:**
Honorable Naomi Reice Buchwald
United States Courthouse
500 Pearl St., Courtroom 21A
New York, NY 10007
E: BuchwaldNYSDChambers@nysd.uscourts.gov

   **Re:** Zanghi et al v. Ritella et al – 1:19-cv-05830-NRB

Your Honor:

  Plaintiffs, Francesco Zanghi and Zanghi LLC ('Plaintiffs') motion this Court to file a letter directed to the Honorable Judge Buchwald under seal pursuant to FED. R. CIV. P. 5.2(d) and the individual practices of Your Honor 2(H). The content of this letter contains sensitive and confidential information regarding Defendant, Giuseppe Cavallaro in the above matter. If this is agreeable to Your Honor, Plaintiffs ask the Letter addressed to Judge Naomi Reice Buchwald from Andrea Natale, Esq. dated 9/9/2023 re: FRANCESCO ZANGHI, et al., v. PIERGRAZIANO RITELLA et al.,1:19-cv-05830-NRB be filed under seal and grant such other relief this court deems just and proper.

        /s/*Andrea Natale*
        Andrea Natale, Esq.
        Attorney for Plaintiffs

CC: Enclosures

EPGDLAW.COM

```
Application denied.
This application does not comply
with Rule 2(H) of my Individual
Practices, the Court's standing
order, 19-MC-00583, and ECF Rules &
Instructions, section 6.
So ordered.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: September 29, 2023
     New York, New York