```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FRANCESCO ZANGHI and ZANGHI LLC,

                      Plaintiffs,                    19-CV-05830 (NRB)(SN)

       -against-                                **ORDER**

PIERGRAZIANO RITELLA, et al.,

                      Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On Wednesday, September 11, 2024, the parties engaged in a productive settlement conference in this matter. Settlement discussions have continued since then, and the parties have indicated that they will settle this matter and dismiss this case without further assistance from the Court. The parties shall file a stipulation of voluntary dismissal by December 16, 2024. If the parties are not prepared to file a stipulation of voluntary dismissal by that date, they are directed to file a joint status letter by December 16, 2024 informing the court of the impediments to settlement.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:     December 10, 2024
              New York, New York