UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**FRANCESCO ZANGHI, et al.,**
Plaintiffs,

v.  Civil Action No. 19-CV-05830-NRB

**PIERGRAZIANO RITELLA, et al.,**
Defendants.

### [PROPOSED] ORDER OF DISMISSAL WITH RETAINED JURISDICTION

**WHEREAS**, the parties in the above-captioned matter have reached settlement agreements resolving all claims asserted in this action;

**WHEREAS**, the parties have stipulated to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and have requested that the Court retain jurisdiction to enforce the terms of the settlement agreements;

**IT IS HEREBY ORDERED** that:

1. The action is dismissed with prejudice as to the Settling Defendants Giuseppe Cavallaro, Gianluca Alocci, and Studio Legale Cavallaro pursuant to the settlement agreement entered into by these parties.

2. The action is dismissed with prejudice as to the Settling Defendants Piergraziano Ritella, Alessandro Vacca, and Futura Hospitality pursuant to the settlement agreement entered into by these parties.

3. The Court expressly retains jurisdiction to enforce the terms of the settlement agreements entered into by the parties.

SO ORDERED:

_____
United States District ~~Magistrate~~ Judge
Dated: January 7, 2025
   New York, New York